**Vita PISCIOTTA, Appellant,**

v.

**Michael B. SMITH and Twin
Lakes Insurance Agency,
Inc., Respondent.**

**No. WD 44051.**

Missouri Court of Appeals,
Western District.

Aug. 13, 1991.

James R. Derting, Kansas City, for appellant.

Andrew H. McCue, Kansas City, for respondent.

Before FENNER, P.J., and TURNAGE and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from a jury verdict in favor of respondents, Michael B. Smith and Twin Lakes Insurance Agency, Inc., for negligence and breach of contract.

Judgment affirmed.    Rule 84.16(b).